City of Chicago, a Municipal Corporation, Plaintiff-Appellant, v. Edward Bah and Helen Bah, a/k/a Edward Bak and Helen Bak, Defendants-Appellees.

Gen. No. 53,108. (Abstract of Decision.)

First District, Third Division.
October 18, 1968.
Rehearing denied November 15, 1968.

Raymond F. Simon, Corporation Counsel, of Chicago, by Edmund Hatfield (Marvin E. Aspen, Edmund Hatfield, Assistant Corporation Counsel, of counsel), for appellant; Arvey, Hodes & Mantynband, Jerome T. Burke, and Richard J. Troy, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.